# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Whizin Apartments, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka The Fountains Apts.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **74-3023070** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**8630 Fairhaven St.**<br>**San Antonio, TX**<br>ZIP CODE **78229** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Whizin Apartments, Ltd.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
                                                                     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Whizin Apartments, Ltd.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X_____ <br> X_____ <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X_____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ WILLIAM R. DAVIS, JR.** <br> **WILLIAM R. DAVIS, JR.**   Bar No. **05565500** <br><br> **Langley & Banack, Inc.** <br> **745 E Mulberry Ave.** <br> **Suite 900** <br> **San Antonio, TX 78212** <br><br> Phone No. **(210) 736-6600**   Fax No. **(210) 735-6889** <br><br> 04/05/2010 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X_____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **Whizin Apartments, Ltd.** <br><br> X **/s/ Thomas A. Whizin** <br> Signature of Authorized Individual <br><br> **Thomas A. Whizin** <br> Printed Name of Authorized Individual <br><br> **Whizin Management LLC (General Partner)** <br> Title of Authorized Individual <br><br> 04/05/2010 <br> Date | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **Whizin Apartments, Ltd.**                           CASE NO

                                                               CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is   **74-3023070**                              .

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is                    **N/A**                      .

3. The following financial data is the latest available information and refers to the debtor's condition on     **4/1/2010**     .

    a. Total Assets                     $0.00

    b. Total Liabilities                $1.00

| Secured debt | Amounts | Approximate number of holders |
|---|---:|---:|
| Fixed, liquidated secured debt | $0.00 | 2 |
| Contingent secured debt | $0.00 | 0 |
| Disputed secured debt | $1.00 | 1 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $0.00 | 59 |
| Contingent unsecured debt | $0.00 | 0 |
| Disputed unsecured debt | $0.00 | 0 |
| Unliquidated unsecured debt | $0.00 | 0 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 1000 | 2 |

*Comments, if any*

4. Brief description of debtor's business:
    *Apartment complex*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Whizin Apartments, Ltd.**　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *Thomas A. Whizin - 75%*
   *Mariechu Whizin - 25%*

---

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

   *None*

---

I, **Thomas A. Whizin**, the **Whizin Management LLC (General Partner)** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **04/05/2010**　　　　　　Signature: **/s/ Thomas A. Whizin**
　　　　　　　　　　　　　　　　　　　　　　*Thomas A. Whizin*
　　　　　　　　　　　　　　　　　　　　　　**Whizin Management LLC (General Partner)**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE:  **Whizin Apartments, Ltd.**                                          CASE NO

                                                                                              CHAPTER   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$15,000.00** |
| Prior to the filing of this statement I have received: | **$15,000.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **04/05/2010** | **/s/ WILLIAM R. DAVIS, JR.** |
| Date | WILLIAM R. DAVIS, JR.          Bar No.  05565500 |
| | Langley & Banack, Inc. |
| | 745 E Mulberry Ave. |
| | Suite 900 |
| | San Antonio, TX 78212 |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 |

---

  **/s/ Thomas A. Whizin**

*Thomas A. Whizin*
*Whizin Management LLC (General Partner)*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Whizin Apartments, Ltd.**          Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Carpet Cleaning Pros<br>c/o Steven F. Wooldridge<br>Attorney at Law<br>142 9th St.<br>San Antonio, T X 78215 | | Lawsuit | *Disputed* | **$1.00**<br>**Value: $0.00** |
| Digital Design Company<br>603 Navarro St.<br>San Antonio, TX 78205-1837 | | | | **$0.00** |
| Crew Cut Lawn & Landscape<br>10210 Stagecoach Bay<br>Attn: Tom Reilly<br>San Antonio, TX 78254-5911 | | | | **$0.00** |
| Commercial Maintenance<br>Chemical Corp. | | | | **$0.00** |
| Colors Unlimited<br>8760-A Research Blvd., #244<br>Austin, TX 78758 | | | | **$0.00** |
| Color Genesis<br>229 Driftwind<br>San Antonio, TX 78239 | | | | **$0.00** |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Whizin Apartments, Ltd.**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Christian and Imanol Carpet Cleaning<br>820 Albert Street<br>San Antonio, TX 78207-1035 | | | | $0.00 |
| Carpet Cleaning Pros<br>P.O. Box 831728<br>San Antonio, TX 78283 | | | | $0.00 |
| Best in Town Apartment Services<br>9535 Mariposa Pass<br>San Antonio, TX 78251 | | | | $0.00 |
| Apartment March<br>9993 IH 10 West, Suite 101<br>San Antonio, TX 78230 | | | | $0.00 |
| Apartment Locator Service<br>Eliel Brokerage, LLC<br>8504 Blanco Rd.<br>San Antonio, TX 78216-3039 | | | | $0.00 |
| Apartment Hunters<br>8480 Fredericksburg Rd.<br>San Antonio, TX 78229-3317 | | | | $0.00 |
| Apartment Guy Online<br>P.O. Box 700446<br>San Antonio, TX 78279-0046 | | Services | | $0.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: **Whizin Apartments, Ltd.**  Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Apartment For Rent Magazine<br>75 Remittance Dr., #1711<br>Chicago, IL  60675-1711 | | | | **$0.00** |
| AmComp Assurance Corporation<br>P.O. Box 164347<br>Austin, TX  78716-4347 | | Goods and services | | **$0.00** |
| Adams & Polunsky Tax Advisors<br>One Forum, Sixteenth Fl.<br>8000 IH 10 West<br>San Antonio, TX  78230-3892 | | Services | | **$0.00** |
| ABC Apartment Leasing<br>8705 Broadway<br>San Antonio, TX  78217 | | Services | | **$0.00** |
| A-Best Carpet Cleaning<br>15454 Tradesman<br>San Antonio, TX  78249 | | Services | | **$0.00** |
| A $1 Move Apartment Locator, LLC<br>1520 W. Hildebrand<br>San Antonio, TX  78201 | | Services | | **$0.00** |
| 1st Source Parts Center<br>P.O. Box 631009<br>Houston, TX  77263-1009 | | Goods and services | | **$0.00** |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: **Whizin Apartments, Ltd.**　　　　　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Whizin Management LLC (General Partner)** of the **Partnership** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/05/2010**　　　　　　　　　Signature: **/s/ Thomas A. Whizin**
　　　　　　　　　　　　　　　　　　　　　　　　*Thomas A. Whizin*
　　　　　　　　　　　　　　　　　　　　　　　　**Whizin Management LLC (General Partner)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Whizin Apartments, Ltd.**                    CASE NO

                                                       CHAPTER  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  04/05/2010                               Signature  /s/ Thomas A. Whizin
                                                          *Thomas A. Whizin*
                                                          *Whizin Management LLC (General Partner)*

Date _____                       Signature _____

1st Source Parts Center  
P.O. Box 631009  
Houston, TX   77263-1009


A $1 Move Apartment Locator, LLC  
1520 W. Hildebrand  
San Antonio, TX   78201


A-Best Carpet Cleaning  
15454 Tradesman  
San Antonio, TX   78249


ABC Apartment Leasing  
8705 Broadway  
San Antonio, TX   78217


Adams & Polunsky Tax Advisors  
One Forum, Sixteenth Fl.  
8000 IH 10 West  
San Antonio, TX   78230-3892


AmComp Assurance Corporation  
P.O. Box 164347  
Austin, TX   78716-4347


Apartment For Rent Magazine  
75 Remittance Dr., #1711  
Chicago, IL   60675-1711


Apartment Guy Online  
P.O. Box 700446  
San Antonio, TX   78279-0046


Apartment Hunters  
8480 Fredericksburg Rd.  
San Antonio, TX   78229-3317

Apartment Locator Service  
Eliel Brokerage, LLC  
8504 Blanco Rd.  
San Antonio, TX 78216-3039

Apartment March  
9993 IH 10 West, Suite 101  
San Antonio, TX   78230

Best in Town Apartment Services  
9535 Mariposa Pass  
San Antonio, TX   78251

Carpet Cleaning Pros  
c/o Steven F. Wooldridge  
Attorney at Law  
142 9th St.  
San Antonio, T X 78215

Carpet Cleaning Pros  
P.O. Box 831728  
San Antonio, TX   78283

Centerline Capital Group  
5221 N. O'Connor Blvd., #600  
Irvine, TX   75039

Christian and Imanol Carpet Cleaning  
820 Albert Street  
San Antonio, TX   78207-1035

Color Genesis  
229 Driftwind  
San Antonio, TX   78239

Colors Unlimited  
8760-A Research Blvd., #244  
Austin, TX   78758

Commercial Maintenance Chemical Corp.

Crew Cut Lawn & Landscape
10210 Stagecoach Bay
Attn: Tom Reilly
San Antonio, TX   78254-5911


Digital Design Company
603 Navarro St.
San Antonio, TX   78205-1837


Digital Design Company
5150 Broadway, #458
San Antonio, TX   78209


Elite Apartment Services- San Antonio
13814 Lookout Rd., #2
San Antonio, TX   78233


Elite Carpet Cleaning
13814 Lookout Rd.
San Antonio, TX   78233


Fannie Mae
International Plaza II
14221 Dallas Pkwy., Suite 1000
Dallas, TX   75254-2916


Get A Move On
12710 IH 10 West, Suite 120
San Antonio, TX   78230


HD Supply Facilities Maintenance
P.O. Box 509058
San Diego, C A 92150-9058

Hope Apartment Locators  
13620 NW Military Hwy., Suite 203  
San Antonio, TX   78231

Internal Revenue Service  
P.O. Box 21126  
Philadelphia, PA   19114

Leasing Telephone Concepts II, Inc.  
2318 NW Military Hwy., #105  
San Antonio, TX   78231

Leslie's Pool Supplies, Inc.  
2609 Jackson Keller Rd.  
San Antonio, TX   78230-5263

Lone Star Fire & First Aid  
449 Culebra Rd.  
San Antonio, TX   78201

M&J Cleaners  
Kessis A. Jauregui  
1030 Essex  
San Antonio, TX   78210

M&M Painting & Construction  
27018 Blanco Rd.  
San Antonio, TX   78260

Maintenance Supply Headquarters  
1600 Clovis Barker Rd., #101  
San Marcos, TX   78666-5177

Maintenance USA  
P.O. Box 930984  
Atlanta, GA   31193

Mueller Water Conditioning, Inc.
1500 Sherwood Forest Dr.
Houston, TX   77043



Nicholas M. Pyka
Winstead PC
5400 Renaissance Tower
1201 Elm St.
Dallas, TX   75270

Peasus Carpet Care
26002 Mesa Oak Drive
San Antonio, TX   78255



Rasa Floors, LP
P.O. Box 110067
Carrollton, TX   75011



Rent.Com
Viva Group, Inc.
2425 Olympic Blvd., #400E
Santa Monica, CA   90404

Resident Data, Inc.
P.O. Box 730694
Dallas, TX   75383-0694



Rio Refinishers
Mark Rios
5418 San Benito Drive
San Antonio, TX   78228

Safeguard Business Systems
Shawn Kirkland
8923 Pertshire
San Antonio, TX   78254

San Antonio Apartment Association
7525 Babcock Rd.
San Antonio, TX   78249

Sherwin-Williams Co.  
3453 Fredericksburg Rd.  
San Antonio, TX   78201-3848


Sierra Utility Billing Services  
P.O. Box 29778  
Austin, TX   78755-9778


Silverado Painting  
c/o New Century Financial Inc.  
P.O. Box 27246  
Dallas, TX   77227-7246


Staples Business Advantage  
500 Staples Dr.  
Framingham, MA   01702


Star Locators  
136520 NW Military Hwy., #205  
San Antonio, TX   78231


Statler Apartment Locators  
5440 Babcock Rd., #115  
San Antonio, TX   78240


Surface Connection  
9009 A Sovereign Row  
Dallas, TX   75247


Sylvia S. Romo  
Bexar County Tax Assessor  
P.O. Box 839950  
San Antonio, TX   78283-3950


TD Industries  
12700 O'Connor Rd.  
San Antonio, TX   78233-5355

```
Terminix
P.O. Box 742592
Cincinnati, OH  45274-2592



Texas Relocation Experts, LLC
P.O. Box 680872
San Antonio, TX  78268



Thad Ziegler Glass, Ltd.
P.O. Box 8298
San Antonio, TX  78298-0298



The Apartment Key
21130 Creek River
San Antonio, TX 78259



The Apartment Store & More
7 Switchbud Place, #192-272
The Woodlands, TX  77380



Tidy Pro, LLC
519 Wildberry Court
San Antonio, TX  78258



Time Warner Cable
Business Services
P.O. Box 650734
Dallas, TX  75265-0734


U.S. Attorney
601 NW Loop 410, Suite 600
San Antonio, TX  78216



U.S. Attorney General of
Main Justice Bldg., #5111
10th & Constitutional Ave., NW
Washington, DC  20530
```

```
Unlimited Parts & Supplies
4946 Center Park Blvd.
San Antonio, TX   78218



Vamvoras, Ltd.
4734 Shavano Oak
San Antonio, TX   78249-4019



Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, TX   78215-1517



Water City, Inc.
7015 Bandera Rd.
San Antonio, TX   78238



Wilmar Industries
P.O. Box 404284
Atlanta, GA   30384-4284
```